UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE ANDERSON,<br><br>    Petitioner,<br><br>          v.<br><br>T. FELKER, Warden,<br><br>    Respondent. | No. CV 07-4938-DDP (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 6-25-10

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE