1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL WAYNE ANDERSON, ) | |
| ) | |
| Petitioner, ) | No. CV 07-4938-DDP (RCF) |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| T. FELKER, Warden, ) | |
| ) | |
| Respondent. ) | |
| ———————————————————) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: 6-25-10

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE